ORIGINAL

a: lek

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 14 2017

at __9__ o'clock and __45__ min. A M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE _____ DISTRICT OF  Hawaii  

_____ DIVISION

*(Write the District and Division, if any, of
the court in which the complaint is filed.)*

---

Robert M. Bucknam

_____

_____

*(Write the full name of each plaintiff who is filing
this complaint. If the names of all the plaintiffs
cannot fit in the space above, please write "see
attached" in the space and attach an additional
page with the full list of names.)*

**-against-**

City and County of Honolulu; Zane Hamrick;

and Doe Officers 1-10

_____

*(Write the full name of each defendant who is
being sued. If the names of all the defendants
cannot fit in the space above, please write "see
attached" in the space and attach an additional
page with the full list of names. Do not include
addresses here.)*

**Complaint for Violation of Civil
Rights**

(Non-Prisoner Complaint)

**CV17   00461 LEK   RLP**

Case No. _____

*(to be filled in by the Clerk's Office)*

Jury Trial:      X  Yes      ☐  No

*(check one)*

---

## NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting
from public access to electronic court files. Under this rule, papers filed with the court should
*not* contain: an individual's full social security number or full birth date; the full name of a
person known to be a minor; or a complete financial account number. A filing may include
*only*: the last four digits of a social security number; the year of an individual's birth; a
minor's initials; and the last four digits of a financial account number.

Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other
materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an
application to proceed in *forma pauperis.*

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Robert M. Bucknam |
| Street Address | 818 McCully Street |
| City and County | Honolulu |
| State and Zip Code | HI  96826 |
| Telephone Number | (808) 692-6399 |
| E-mail Address | |

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | City and County of Honolulu |
| Job or Title (if known) | |
| Street Address | 530 South King Street, Room 110 |
| City and County | Honolulu |
| State and Zip Code | HI  96813 |
| Telephone Number | |
| E-mail Address (if known) | |

☐    Individual capacity            ☐    Official capacity

Defendant No. 2

| | |
|---|---|
| Name | Zane Hamrick |
| Job or Title | Honolulu Police Department Officer |

2

(if known)

Street Address        801 South Beretania Street

City and County       Honolulu

State and Zip Code    HI   96813

Telephone Number

E-mail Address
(if known)

X    Individual capacity        X    Official capacity

Defendant No. 3

Name                  Doe Officers 1-10

Job or Title
(if known)

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address
(if known)

X    Individual capacity        X    Official capacity

Defendant No. 4

Name

Job or Title
(if known)

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address
(if known)

☐    Individual capacity        ☐    Official capacity

## II.   Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A.   Are you bringing suit against *(check all that apply)*:

☐   Federal officials (a *Bivens* claim)

X   State or local officials (a § 1983 claim)

B.   Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Fourth, Fifth, Eighth, Ninth and Fourteenth Amendments of the United States

Constitution

C.   Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D.   Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Defendant Zane Hamrick and Doe Officers 1-10, as Honolulu police officers seized,

falsely arrested, searched, falsely imprisoned me, and refused me medical treatment

according to Honolulu police policies and procedures on September 14, 2015, and

used excessive and unreasonable force in arresting, detaining,and imprisoning me.

4

**III.    Statement of Claim**

State as briefly as possible the facts of your case.  Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events.  You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.    Where did the events giving rise to your claim(s) occur?

McCully Street and Ala Wai Boulevard; Honolulu, HI

B.    What date and approximate time did the events giving rise to your claim(s) occur?

September 14, 2015, approximately 12:30 am.

C.    What are the facts underlying your claim(s)?  *(For example:  What happened to you?  Who did what?  Was anyone else involved?  Who else saw what happened?)*

See attached pages.

On September 14, 2015, while driving along Ala Wai Boulevard on my moped, I was feeling queasy and thought I was going to pass out. I was returning to my home from Tsunami Bar where I had dropped a drum off to a friend. As I neared McCully Bridge, I knew something was wrong as I continued to feel very sick.

Officer Hamrick pulled me over at McCully Bridge, and I immediately stopped and explained to Officer Hamrick, "Something's wrong. I need to go home. I'm just a few blocks away from home. I need to go to the hospital." Despite repeatedly explaining to Officer Hamrick that I felt dizzy and sick, and pleading with him to either take me home or to the hospital, Officer Hamrick ignored my requests. I even asked Officer Hamrick if I could leave my moped at McCully Bridge and if he could please take me to the hospital.

A second officer arrived after I was stopped by Officer Hamrick. At this point, I was sitting on the curb. The officers talked to one another, and I was asked to take a breathalyzer test by the second officer. I explained again that I could not breathe, that Officer Hamrick was not listening to me, and asked the second officer to please take me to the hospital. The second officer stated, "Eh Hawaiian, stand up and do this field test. And you can go home." I again explained that something was wrong, that I could hardly breathe, and explained to the officer that if he would take me to the hospital, he could have a blood test there. The officer said, "Sergeant thinks you are faking." I kept pleading with the officer to take me to the hospital and explained, "I can't take the test. And, I'm not even Hawaiian. I'm Samoan." At that point, the officer started calling me names and taunting me with, "Brah, no wonder. You stupid Samoan. No tell me my job. You think you smart?"

5a

I attempted to explain to the second officer that my son was at home.  The officer responded with comments and threats like, "Now you stupid Samoan.  You think you can trick us? We are going to get your son and take him to the shelter.  Then you can go to deal with CPS."

The officers then pushed my head down to the ground and yelled, "Shut up. Shut up Samoan.  You think you're smart.  You're stupid.  You're getting arrested."  I was pulled up by my arms, dragged to the police car, and shoved down and into the police car.  As I was being shoved down and into the police car, my neck snapped.

I was driven to the police station at Beretania Street.  At the police station, I continued to beg and plead with other officers, asking them to take me to the hospital.  At some point after being processed, one of the officers told me that as soon as there was a transport I would be taken to the hospital. I was eventually placed in a squad car with the assistance of another officer because I was so weak, dizzy, and fatigued.  At Queen's Emergency Department, I was seen by hospital staff who reviewed my history, medications, and conditions, but I was ultimately released back to the police officers by Queen's hospital staff.

I was taken back to the police station where I begged to use the phone to call my mother.  I was finally allowed to call my mother and I asked her to look after and get my son.

I was placed back into the cellblock.  I continued to have problems with my breathing and my condition worsened. I laid down in the cell and continued to call for help.  I attempted to crawl off the bed in the cellblock, called for help, and passed out.

5b

I woke to find myself being tested and treated in the Queen's Emergency Department. I was kept at Queen's Medical Center for several days where I was observed and tested. During that time, I explained to a doctor that something was also wrong with my neck and requested that it also be examined. After being tested and observed, I was informed by a Queen's doctor that I had a rare heart condition that required surgery and that I also had a fractured neck.

Because of my rare heart condition, I underwent heart surgery in November 2015. By or about mid-2016, after going through the initial recovery from my heart surgery, I began rehabilitation services for my neck. In February 2017, I was informed that I would need to undergo neck surgery for my neck fracture. I am scheduled for neck surgery in October 2017.

In September 2015, when I was initially arrested and imprisoned by Officer Hamrick, other police officers, without my permission, entered into my apartment, removed my son from our home, and took him to a shelter in Waianae. Since that time, I have had to deal with Child Welfare Services because of my arrest and detention by Officer Hamrick and other unknown officers.

5c

## IV.   Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

I suffered tremendous physical pain, dizziness, weakness of breath during the events of

September 2015 when the police refused to take me to the hospital.  I suffered great pain

including a fractured neck when I was placed into the police car on September 14, 2015.

I was afraid and worried about my son as I was being detained and arrested by the officers.

I suffered through the fear of, pain, and anxiety associated with my heart condition, surgery,

and post-heart surgery recovery.  I have suffered and continue to suffer from the neck

fracture I sustained in September 2015.  I am undergoing neck surgery in November 2017.

Because my son was taken into custody in September 2015, I continue to have to deal with

Child Protective Services and am constantly worried about my rights as his father.

## V.   Relief

State briefly what you want the court to do for you.   Make no legal arguments. Do not cite any cases or statutes.  If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.

I am seeking actual and punitive damages for the failure to get adequate medical care at

the time I was arrested, for the injuries I sustained as I was being falsely arrested, and for

the pain and suffering I sustained from those injuries, including my fractured neck.

I am seeking actual damages for the treatment I ultimately received, including neck surgery, for

the injuries I suffered in September 2015.  I am seeking damages for the fear, worry, and anxiety

I suffered and continue to suffer because the Officers failed to provide prompt medical treatment,

used excessive force in arresting me, removed my son from our home, and placed my son

into Child Protective Services.

## VI.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

6

A.   **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: ⟋⟍ₒ⊦⟍₃, 20 ₗ⊦

Signature of Plaintiff _____

Printed Name of Plaintiff    Robert M. Bucknam
_____

B.   **For Attorneys**

Date of signing: _____, 20__ .

Signature of Attorney _____

Printed Name of Attorney   _____

Bar Number                 _____

Name of Law Firm           _____

Address                    _____

Telephone Number           _____

E-mail Address             _____

7